UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREA McGOFF,

    Plaintiff,

vs.

U.A.G. MICHIGAN PONTIAC-GMC,
Whalen
L.L.C., doing business as RINKE
PONTIAC-GMC, and TIMOTHY
BIELACZYC, Jointly & Severally,

    Defendants.
_____/

Case No: 05 CV 73396
Honorable George Steeh
Magistrate Judge R. Steven

JOEY S. NISKAR P55480
P35422
Attorney for Plaintiff

PAMELA J. BURBOTT

Of counsel for Defendants

GARAN, LUCOW, MILLER, P.C.,
THOMAS R. PAXTON P36214
Attorneys for Defendants
1000 Woodbridge
Detroit, MI 48207
313-446-5518
_____/

## AFFIDAVIT OF JILL SARNOWSKI

State of Michigan )
                  )
County of       )

    Jill Sarnowski, being first duly sworn, deposes and states that the following is true

to the best of her information and belief and if called to testify could competently testify

to the truth of the matters asserted below:

    1.    That I am currently employed as a service cashier with Rinke Pontiac,

GMC.

2. That I held that position on or about August 4, 2003.

3. That I recall Andrea McGoff's first day of employment being in the beginning of the work in early August 2003.

Further, deponent sayeth not.

_____
JILL SARNOWSKI

Subscribed and sworn to before me
this 26 of April, 2006

_____
Notary Public

JAN E. BROWNING
NOTARY PUBLIC OAKLAND CO., MI
MY COMMISSION EXPIRES Apr 10, 2008
ACTING IN MACOMB COUNTY, MI