

# GARAN LUCOW MILLER P.C.

1000 Woodbridge Street
Detroit, MI 48207-3192
Telephone: 313.446.1530
Fax: 313.259.0450

January 30, 2004

THOMAS R. PAXTON
DIRECT DIAL: (313) 446-5518
tpaxton@garanlucow.com

J. Mark Finnegan, Esquire
2580 Craig Road
Ann Arbor, MI 48103

  RE: CENTER FOR INDEPENDENT LIVING, INC. et al vs. CITY OF MONROE
     **Claim No:** Unknown
     **Our File No:** 519-881
     **Case No:** 02CV73130DT

Dear Mr. Finnegan:

  Please find the Final Report of Survey describing the locations, year of project and the specific corner side of the intersection as the final Exhibit A to the Consent Decree.

  Should you have any questions or comments, please feel free to contact me.

            Sincerely,

            THOMAS R. PAXTON
            For the Firm

TRP/rmd
enc.

Document: 497625.1