UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREA McGOFF,

        Plaintiff(s),

vs.

Case No. 05-73396

HON. GEORGE CARAM STEEH

U.A.G. MICHIGAN PONTIAC-GMC, LLC
d/b/a Rinke Pontiac-GMC, et al
        Defendant(s).
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On August 15, 2006 a settlement was placed on the record and there being no further communication with the court to the contrary;

This case hereby is DISMISSED WITHOUT PREJUDICE. This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs.

SO ORDERED.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: September 28, 2006

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on September 28, 2006, by electronic and/or ordinary mail.

        s/Marcia Beauchemin
        Deputy Clerk